**318**

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Johnny R. Huff appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Huff v. Larsen,* No. CA–99–1754–2 (E.D.Va. Jan. 16, 2001). Huff's pending motions for release from isolation, for an injunction, to overturn a determination of the Department of Corrections, and for prospective injunctive relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Andre Flennard Jones El, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Andre Flennard Jones El appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jones El v. Warden,* No. CA–01–34–2 (E.D.Va. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Andre Flennard JONES EL,**
**Plaintiff–Appellant,**

v.

**WARDEN COMMANDING OFFICER, SHERIFF; Sergeant Bonnes, Medical Department Director, Medical Director Sheriff; Donna Mayne, Medical Director, Defendants–Appellees.**

No. 01–6192.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

**Isaiah Timothy FEASTER,**
**Plaintiff–Appellant,**

v.

**Deborah PULLER; Robert Kupec, Warden; Earl Beshears, Warden; Ralph Logan, Warden; Kathleen Green, Assistant Warden; Robert B. Ritchie, Jr., Chief of Security, Defendants–Appellees.**

No. 01–6199.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.